USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

TYRONE MASSEY,

                                         Plaintiff,

             -against-

CITY OF NEW YORK, ET AL.,

                                      Defendants.

------------------------------------------------------------------------- x

~~PROPOSED~~ ORDER TO PRODUCE INFORMATION CONCERNING PLAINTIFF'S ARTICLE 730 EVALUATION AND REPORT

20 Civ. 7622 (LTS) (RWL)

**HON. ROBERT W. LEHRBURGER**
**UNITED STATES MAGISTRATE JUDGE**

        **WHEREAS**, plaintiff, Tyrone Massey, filed a complaint in the above-captioned matter on or about September 15, 2020;

        **WHEREAS**, by letter, dated March 7, 2021, plaintiff sought a stay of this litigation citing mental health issues;

        **WHEREAS**, by letter, dated March 30, 2021, defendant City of New York ("City") confirmed that plaintiff is currently undergoing an evaluation pursuant to Article 730 in the matter of <u>People v. Tyrone Massey</u>, Index No. 03118-2019;

        **WHEREAS**, by Order, dated April 20, 2021, this Court directed defendant City to make reasonable efforts to determine the outcome of the Article 730 evaluation and report, and further instructed defendant to seek an Order permitting disclosure of such information, if necessary;

        **IT IS HEREBY ORDERED**: that New York City Health and Hospitals/Correctional Health Services produce any documents related to Plaintiff Tyrone Massey (B&C No. 8952000522) generated by the Forensic Psychiatric Evaluation Court Clinic pursuant to CPL 730 to the Office of Corporation Counsel at such time when said documents are available; and it is hereby

**IT IS FURTHER ORDERED**, that pursuant to New York Mental Hygiene Law § 33.13, the interests of justice significantly outweigh the need for confidentiality.

Dated: New York, New York
  April 29  , 2021

_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE