UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYRONE MASSEY,<br><br>                      Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>                      Defendants. | No. 1:20-CV-7622 (LTS) (RWL) |

ORDER

On June 24, 2021, the City of New York informed the Court that it intends to revise its pending motion to dismiss in light of Plaintiff's Amended Complaint. (See Defendant's Letter, docket entry no. 38; Amended Complaint, docket entry no. 31.) Magistrate Judge Lehrburger endorsed Defendant's letter and adopted a modified briefing schedule, directing Defendant to file its revised motion to dismiss by July 26, 2021. (See docket entry no. 39.) Accordingly, it is hereby ORDERED that Defendant's pending motion to dismiss is denied without prejudice to renewal in light of the amended pleadings and in accordance with the briefing schedule specified in docket entry number 39.

Docket entry no. 17 is resolved.

SO ORDERED.

Dated: July 6, 2021
       New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge

The Clerk of Court is respectfully requested to mail a
copy of this order to the pro se Plaintiff.