USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TYRONE H. MASSEY,

                       Plaintiff,

    - against -

CORRECTION OFFICER JOHN DOE,
CAPTAIN SUSANKER, and
CAPTAIN ROGERS,

                      Defendants.
-------------------------------------------------------------X

20-CV-7622 (LTS) (RWL)

**ORDER OF SERVICE**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       To allow Plaintiff, proceeding pro se, to effect service on Defendants Captain Susanker and Captain Rogers through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process receipt and Return Form (USM-285 form) for each of those Defendants at the addresses listed in the Complaint:

        Captain Susanker
        1818 Hazen Street
        E. Elmhurst, NY 11370

        Captain Rogers
        1818 Hazen Street
        E. Elmhurst, NY 11370

       The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon those Defendants.

       It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court in writing if his address changes, and the Court may dismiss the action if he

fails to do so.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated:  September 22, 2021
           New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.