USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TYRONE H. MASSEY,                            :
                                             :          20-CV-7622 (LTS) (RWL)
                        Plaintiff,           :
                                             :
        - against -                          :          **ORDER**
                                             :
CORRECTION OFFICER JOHN DOE,                 :
CAPTAIN SUSANKER, and                        :
CAPTAIN ROGERS,                              :
                                             :
                        Defendants.          :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's operative complaint names one John Doe Corrections Officer as a Defendant. (Dkt. 48.) Under *Valentin v. Dinkins*, a pro se litigant is entitled to assistance from the district court in identifying John Doe defendants. 121 F.3d 72, 76 (2d Cir. 1997). The complaint alleges that the John Doe Defendant was a corrections officer working the late hours of the 3 p.m. – 11 p.m. tour in the Anna M. Kross Center on Rikers Island on August 21, 2020, and in a position to observe Plaintiff. The complaint thus appears to supply sufficient information for the City of New York, an interested party, to identify the John Doe Defendant.

Accordingly, the Court orders the New York City Law Department to ascertain the identity of the John Doe Defendant and file its finding on the docket by October 22, 2021.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 22, 2021

1

New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff and note service on the docket.