UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE MASSEY,

                              Plaintiff,

          -against-                                    No. 1:20-CV-7622 (LTS) (RWL)

CITY OF NEW YORK, et al.,

                              Defendants.

ORDER

          On September 10, 2021, Plaintiff filed his Second Amended Complaint, see

docket entry no. 48, which Magistrate Judge Lehrburger has adopted as the operative pleading in

this action.  (Docket entry no. 49.)  Plaintiff's Second Amended Complaint no longer lists the

City of New York as a defendant.  (Id.)  Because the City of New York's pending motion to

dismiss addresses arguments as to Plaintiff's claims against individual defendants named in the

Second Amended Complaint, it is hereby ORDERED that the City of New York's pending

motion to dismiss is denied without prejudice to renewal by the individual defendants as against

the amended pleading.  This case remains referred to Magistrate Judge Lehrburger for general

pretrial management.  Docket entry no. 41 is resolved.

          SO ORDERED.

Dated:  November 2, 2021
          New York, New York

                                        /s/ Laura Taylor Swain____
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

Copy Mailed to:
Tyrone Massey
B&C No. 8952000522
16-06 Hazen Street
East Elmhurst, New York 11370