UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYRONE H. MASSEY,

                Plaintiff,

      - against -

CORRECTION OFFICER JOHN DOE,
CAPTAIN SUSANKER, and
CAPTAIN ROGERS,

               Defendants.
------------------------------------------------------------X

20-CV-7622 (LTS) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/01/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The operative complaint refers to a "John Doe" defendant who was a corrections officer working the late hours of the 3 p.m. – 11 p.m. tour in the Anna M. Kross Center on Rikers Island on August 21, 2020. On October 22, 2021, the Court issued an order requiring that "By November 22, 2021, Plaintiff shall file a letter setting forth, if any, physical or other identifying information that Plaintiff recalls about the unidentified John Doe defendant in order to aid the NYC Legal Department in identifying that defendant." (See Dkt. 55.) No such letter has been filed as of this time. Accordingly, the Court will give Plaintiff a final chance to provide identifying information. By December 22, 2021, Plaintiff shall file a letter setting forth any physical or other identifying information that Plaintiff recalls about the unidentified John Doe defendant.

If Plaintiff fails to respond as ordered, the Court will recommend dismissal of the John Doe defendant from the case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 1, 2021
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff Tyrone Massey and note service on the docket:

Tyrone H. Massey
16-06 Hazen St.
E. Elmhurst, NY 10013