```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYRONE H. MASSEY,

                    Plaintiff,

    - against -

CORRECTION OFFICER JOHN DOE,
CAPTAIN SUSANKER, and
CAPTAIN ROGERS,

                    Defendants.
------------------------------------------------------------X

20-CV-7622 (LTS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       On September 22, 2021, the Court issued an order of service on individual defendant Captains Sunsanker and Rogers by the U.S. Marshals Service. On December 22, 2021, the Marshals Service filed a Process Receipt And Return indicating that service could not be made on Captain Sunsanker due to medical leave, and could not be made on Captain Rogers as "unable to locate." (Dkt. 59-60.) Accordingly, by January 20, 2022, counsel for the City of New York shall file a letter indicating whether they will accept service on behalf of Captains Sunsanker and Rogers and provide updated address information for each of them to the extent known.

                                 SO ORDERED.

                                   _____
                                   ROBERT W. LEHRBURGER
                                   UNITED STATES MAGISTRATE JUDGE

Dated: January 10, 2022
       New York, New York

2

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff and note service on the docket:

Tyrone H. Massey
16-06 Hazen St.
E. Elmhurst, NY 10013