UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE MASSEY,

                     Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                     Defendants.

No. 1:20-CV-7622 (LTS) (RWL)

## ORDER

On April 8, 2022, counsel for Defendants informed the Court that Plaintiff "has agreed in principle to voluntarily dismiss the instant matter, with prejudice" and requested that the Court hold Defendants' deadline to file their motion to dismiss the Second Amended Complaint ("SAC") in abeyance, pending execution of the contemplated, proposed stipulation of dismissal.  (Docket entry no. 68.)  The Court extended the briefing deadlines for Defendants' motion to dismiss sine die and directed Defendants to file a status update by May 6, 2022.  (Docket entry no. 69.)  On May 6, 2022, Defendants filed their status report (docket entry no. 70), noting that they were informed by the Department of Correction that Plaintiff "was released from custody on April 25, 2022[;]" that they "had not received the signed Stipulation of Voluntary Dismissal from [P]laintiff[;]" and that they "are unaware of any way to contact [P]laintiff at this time to further discuss this matter."  (Id.)

Plaintiff is responsible for providing up-to-date contact information to the Court. Therefore, the Court hereby directs Plaintiff to provide the Court with his updated contact information **immediately**, and in any event, **within 30 days of the date of this order**.

In light of Defendants' representation that Plaintiff has not returned an executed Stipulation of Voluntary Dismissal in this action, the Court hereby grants Defendants' request to

set a briefing schedule for Defendants' motion to dismiss the SAC.  Defendants must file their motion to dismiss by **June 6, 2022.**  Plaintiff must file his opposition by **July 22, 2022**.  Defendants must file their reply by **August 12, 2022**.

      SO ORDERED.

Dated:  May 9, 2022
         New York, New York

                                                      /s/ Laura Taylor Swain____
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge