UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TYRONE H. MASSEY,

                Plaintiff,

-against-                                      20 **CIVIL** 7622 (LTS)(RWL)

## **JUDGMENT**

THE CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated September 22, 2022, Defendants' motion to dismiss is GRANTED. Plaintiff's claims are hereby dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       September 22, 2022

                                                              **RUBY J. KRAJICK**

                                                                  Clerk of Court

                                     **BY:**

                                                                    **Deputy Clerk**